# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

WILLIAM K.,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security.

    Defendant.

Case No. CV 17-9180 DMG (MRW)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered in favor of Defendant.

DATED: April 16, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE