# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM K., <br>     Plaintiff, <br> v. <br> NANCY A. BERRYHILL, Acting Commissioner of Social Security. <br>     Defendant. | Case No. CV 17-9180 DMG (MRW) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

DATED: April 16, 2019

                                         DOLLY M. GEE
                                         UNITED STATES DISTRICT JUDGE